1  ROBERT E. BELSHAW, State Bar No. 142028
   244 California St. Ste. 300
2  San Francisco, California 94111
   Telephone: (415) 398-2385
3  Facsimile: (415) 398-5800

4  Attorneys for Plaintiff
   Nuclear Cardiology Centers, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC., An Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION, A California Corporation <br><br> Defendants. | CASE NO. <br><br> COMPLAINT FOR BREACH OF CONTACT, UNJUST ENRICHMENT <br><br> DEMAND FOR JURY TRIAL |

Plaintiff NUCLEAR CARDIOLOGY CENTERS, INC. ("NCC") alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action seeking damages for breach of an installment contract. This court has subject matter jurisdiction over this action to 28 U.S.C. § 1332. NCC is a corporation organized under the laws of the State of Illinois, whose principle place of business is Naperville, Illinois. Defendant CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION ("CCC") is a corporation organized under the laws of the State of California, whose principal place of business and place of residence is Salinas, Monterey County, California. The amount in controversy exceeds $75,000.00  Venue lies in this district under 28 U.S.C. § 1391 (a)(1).

- 1 -
COMPLAINT

### First Cause of Action

### Breach of Contract

2. On or about June 19, 2002, NCC entered in to a Business Development Agreement with CCC wherein NCC was to provide project management services necessary for the establishment of a nuclear cardiology imaging center in Salinas, California to be owned and operated by defendant CCC. The agreement between the parties obligated CCC to pay NCC a total of $203,000.00 for specific services and goods rendered by NCC as set forth in the Business Development Agreement. A true and correct copy of the Business Development Agreement is attached hereto and incorporated herein as Exhibit 1. NCC has performed all of its obligations as set forth in the Business Development Agreement.

3. The agreement between the parties provided that $84,000.00 of the $203,000.000 was due and payable on September 15, 2002 and the balance of $119,000.00 was to be paid in twenty quarterly installments of $5950.00, commencing December 31, 2002 as set out in invoice which is attached hereto and incorporated herein as Exhibit 2. Although CCC paid the initial installment of $84,000.000, none of the remaining installment payments have been paid.

Wherefore, Plaintiff prays for relief as set forth below.

### Second Cause of Action
### Unjust Enrichment in Violation of Common Law

4. NCC incorporates by reference paragraphs 1 through 4.

5. As a result of the misappropriation of NCC's services by Defendants, NCC involuntarily has conferred a benefit on Defendant, with knowledge on the part of Defendant of NCC's conferring of the benefit.

6. Defendant has appreciated that benefit by profiting from the use of NCC's services under circumstances that make it inequitable for them to appreciate the benefit without paying for its value.

\\

\\

- 2 -
COMPLAINT

**Prayer for Relief**

WHEREFORE, NCC requests that this Court enter a judgment in its favor for

1. The amount of the outstanding balance past due and owing installments under the Business Development Agreement in the amount of $119,000.00;

2. Interest thereon at the legal rate;

3, Costs of suit incurred herein;

4. Any such other relief as the Court deems just.


Dated: December 28, 2007                By: _____
                                        ROBERT E. BELSHAW
                                        Attorneys for Plaintiff

Plaintiff NCC demands a jury trial of this matter


Dated: December 28, 2007                By: _____
                                        ROBERT E. BELSHAW
                                        Attorneys for Plaintiff

- 3 -
COMPLAINT