# NCC Inc..
**Nuclear Cardiology Centers**
DEVELOPMENT GROUP

24 W. 500 Maple Ave., Suite 219A
Naperville, IL 60540
Phone: (630) 778-7647
FAX: (630) 778-7648
nuclearcardiologycenters.com

# BUSINESS DEVELOPMENT AGREEMENT

(Person/Persons Entering Into This Agreement)

**LEGAL NAME OF ENTITY:**
Corporation ✓   Partnership ___   Proprietorship ___   FEIN _____

Facility Name: *Central Coast Cardiology*
(Location Where The New Nuclear Cardiology Imaging Center Is To Be Established)

Address Line One: *230 San Jose Street*
Address Line Two:
City: *Salinas*
State: *California*
ZIP: *93901*

**Nuclear Cardiology Centers, Inc. (NCC, Inc.),** agrees to provide all the required management, consulting, and/or liaison services, limited to the establishment and/or development of a Nuclear Cardiology Imaging Center at the above referenced location for the fees as specified in **Section C.** of this contract. This contract is binding and is Non-Cancelable. The scope of services to be provided by **NCC** are specified in **Section A.** and **Section B.** of this contract.



## e.³ PROGRAM:                            Section A

NCC, Inc. will manage, oversee, supervise and coordinate all of the activities and/or requirements necessary for the establishment of a Nuclear Cardiology Imaging Center on behalf of the owner/owners designated above that specifically includes the following:

1. Perform Site Survey(s) and then Plan/Design and "Build Out" location per the required specifications developed for the *"New" Imaging Center.*
2. Interview/Select and Manage Contractors and/or Trades that will perform all construction and/or remodeling to be accomplished on the *"New" Imaging Center.*
3. Keep Owner/Owners continually informed via written & verbal communications as to the progress of the construction phase of the *"New" Imaging Center.*
4. Coordinate the delivery, and installation of all Imaging Equipment, Computers, Office Equipment, Hot Lab Equipment and any ancillary items necessary for the successful operation of the *"New" Imaging Center.*

## BUSINESS DEVELOPMENT AGREEMENT continued...

5. Develop and implement PUNCH Lists Action Plans and oversee final PUNCH List completion with appropriate documentation on the *"New" Imaging Center.*

6. Coordinate all necessary training activities for In-House personnel as it relates to the *"New" Imaging Center* i.e., Gamma Camera operation and its related software, Hot Lab equipment handling/procedures, general office and administrative procedures for proper record keeping, billings and coding for reimbursements.

7. Locate potential personnel to staff the center and coordinate a back-up plan for staffing as needed for the *"New" Imaging Center.*

8. Locate, identify, and evaluate Board-Certified Nuclear Physician (when needed) that can provide a proven and guaranteed performance track record to perform readings and meet any and all **NRC** licensing requirements in order to operate the *"New" Imaging Center.*

## Section B

NCC, Inc. will manage, oversee, supervise and coordinate all of the activities associated with the performance of established contracts from all of the alliance members participating in the NCC ☞ PROGRAM starting from the legal execution date of this contract, through its COMPLETION. **NOTE: COMPLETION is defined as the first business day that all of the construction, equipment, supplies, staffing, and licensing requirements have been satisfied in order for the *"New" Imaging Center* to be able to perform patient services.** Specifically the items listed below:

1. An established Health Physics Program that will encompass meeting all local, state, and federal **NRC** licensing regulations from the initial application process to an on-going five (5) year Health Physics program that meets ALL mandatory safety and compliance regulations.

2. State of the art SPECT Imaging Equipment: **SIEMENS ECAM MULTI-ANGLE CARDIAC SYSTEM** with **ESOFT ACQUISTION; EVOLUTION COMPUTER REPLACEMENT/UPGRADE; Four Year EXTENDED WARRANTY;** all ancillary equipment and related technical training.

3. **SIEMENS** Leasing Program that provides leasing for all of the direct costs associated with the establishment of the *"New" Imaging Center;* construction, health physics program, equipment w/service warranty contracts, ancillary hot lab equipment, and **NCC, Inc.** Development Group's contract service fees.

4. Five (5) year Radiopharmaceutical Contract based on Volume Pricing.

**BUSINESS DEVELOPMENT AGREEMENT** continued...

# Section C

The party executing this contract below *warrants* they have the authority to act on behalf of the legal entity listed on Page One of this **BUSINESS DEVELOPMENT AGREEMENT** and further agrees to the following terms/conditions:

1. Retain the services of **NCC, Inc.** in the amount of **$200,000.00** as provided in this contract and agrees to pay a deposit of **$30,000.00** upon execution to be applied towards the first and last payment of the lease that will reflect all costs associated with the establishment of a Nuclear Cardiology Imaging Center located at the address indicated on Page One of this contract.   **Note:** *It is the responsibility of the owner(s) to make the lease payments, not* **NCC, Inc.** **(100% of the deposit will be applied towards the first and last payment of the lease contract.)**

2. Agrees to the pricing schedules negotiated by **NCC, Inc.** with the alliance members participating in the **NCC** Program that has been based on volume prices for all those *"New" Imaging Centers* established/developed under this program.

3. Provide a *contact person to act as liaison* and as the Primary Contact Agent **(PCA)** with **NCC, Inc.'s** designated Clinic Project Manager **(CPM)**. It is agreed that the PCA will have the authority to act on behalf of the owner(s) and will have signature authority to sign for all the details associated specifically with the establishment of the "New" Nuclear Cardiology Imaging Center i.e., answer specific questions for construction details, sign off on punch lists, coordination of construction, training, delivery schedules, and processing of paperwork for leases, permits and licensing requirements that must be completed by the owner of the facility.

4. **The owner(s) of the New Cardiology Imaging Center assume all responsibilities for its operation and contractual obligations entered into with the: Equipment Manufacture, Radiopharmaceutical Company, and Leasing Company providing goods and/or services to the facility.  NCC, Inc. shall be held *harmless* should any future disputes or litigations arise between the owner(s) of this facility and any of the contracts that NCC, Inc. negotiated and/or managed on behalf of the owner(s) of this facility.**

| SUBMITTED BY: | NCC, Inc.: |
|---|---|
| *(Signature)* Harlan Brogin | *(Signature)* Joe D. Craig |
| (Printed Name) HARLAN BROGIN | (Printed Name) JOE D. CRAIG |
| Title: President, CCC | Title: DIRECTOR - NAT'L. OPS. |
| Date: 6/19/02 | Date: 6-19-02 |