1  ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
   ABRAMSON CHURCH & STAVE LLP
2  17 East Gabilan Street
   Salinas, California 93901
3  Telephone: (831) 758-2401
   Facsimile: (831) 758-2028
4

5  Attorneys for Defendant
   CENTRAL COAST CARDIOLOGY,
6  A MEDICAL CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC. | Case No.: C 07-06503 PVT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION | |
| Defendant | |

NOTICE OF APPEARANCE
CASE NO. C-07-06503 PVT                      1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Abramson Church & Stave LLP as counsel of record for an on behalf of Defendant Central Coast Cardiology, A Medical Corporation. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

> Anne Frassetto Olsen, Esq.
> Abramson Church & Stave LLP
> 17 East Gabilan Street
> Salinas, CA  93901
> Telephone:  (831) 758-2401
> Facsimile:  (831) 758-2028
> aolsen@acslaw.com

Dated:  February 5, 2008

ANNE FRASSETTO OLSEN
ABRAMSON CHURCH & STAVE LLP

_____
Attorney for Defendant