UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NUCLEAR CARDIOLOGY CENTERS

        Plaintiff(s),

v.

CENTRAL COAST CARDIOLOGY

        Defendant(s).
_____/

Case No. C07-06503

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/27/08

/S/Stephen Leite, President,
[Party]

Dated: 3/26/08

Robert E. Belshaw
[Counsel]