ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
ABRAMSON CHURCH & STAVE LLP
17 East Gabilan Street
Salinas, California 93901
Telephone: (831) 758-2401
Facsimile: (831) 758-2028

Attorneys for Defendant
CENTRAL COAST CARDIOLOGY,
A MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION<br><br>Defendant | Case No.: C 07-06503 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 10, 2008

ANNE FRASSETTO OLSEN
ABRAMSON CHURCH & STAVE LLP

_____
Attorney of Record for Defendant