ROBERT E. BELSHAW, State Bar No. 142028
244 California Sacramento St., Ste. 300
San Francisco, California 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorney for Plaintiff
Nuclear Cardiology Centers, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC. | CASE NO. C07-06503 PVT |
| Plaintiff, | |
| v. | Statement of Interested Entities |
| CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Each of the following individuals owns 50% of NCC's Stock:

Stephen J. Leite, P.O Box 3956, Naperville. IL 60567

\\

\\

\\

- 1 -
CV 07 6503  Statement of Interested Parties

Carlos J Quiroga. 3 Willowbridge Way, Bloomingdale, IL60108

Dated: April 10, 2008

<u>/s/ Robert Belshaw</u><br>
ROBERT E. BELSHAW<br>
Attorney for Plaintiff