UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 4/15/08

Court Reporter: FTR        Clerk: Corinne Lew

Case No:C 07-06503 PVT        Case Title: Nuclear Cardiology Centers v. Central Coast Cardiology

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Robert Belshaw | Anne Olsen |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status        [ ] Discovery

[ ] Settlement    [ ] Final

[ ] Other    **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted        [ ] Submitted        [ ] Settled

[ ] Denied        [ ] Briefs to be filed        [ ] Not Settled

[ ] Granted in part, denied in part        [ ] Off Calendar

[ X ] Parties are ordered into Court Mediation. Further Case Management Conference set for 8/12/08 at 2:00 p.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff        [ ] Defendant        [X] Court        [ ] Court w/opinion

cc: Mediation