FILED

APR 15 2008

NO...

...T
...ORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nuclear Cardiology Center    No. C 07- 06503 PVT

     Plaintiff(s),

v.

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

Central Coast Cardiology

     Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 15 Ap 08

_____
Signature

Counsel for Plaintiff NCC
(Plaintiff, Defendant or indicate "pro se")