# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Nuclear Cardiology Centers, Inc., | 07-06503 PVT MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Central Coast Cardilogy, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**David T. Alexander**
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304-1212
650-813-5007

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06503 PVT MED                         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: April 17, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:     Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

United States District Court
Northern District of California