1  ROBERT E. BELSHAW, State Bar No. 142028
   244 California Sacramento St., Ste. 300
2  San Francisco, California 94111
   Telephone: (415) 398-2385
3  Facsimile: (415) 398-5800

4  Attorney for Plaintiff
   Nuclear Cardiology Centers, Inc.
5

6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10 NUCLEAR CARDIOLOGY CENTERS, INC.    | CASE NO. C07-06503 PVT

11     Plaintiff,

12     v.                              | Stipulation and Application to Extend Mediation Deadline

13 CENTRAL COAST CARDIOLOGY, A
   MEDICAL CORPORATION
14
       Defendants.
15

16

17

18    Counsel for both parties in this matter request that the deadline for completing the

19 mediation of this matter be extended to September 15, 2008.

20    At the initial Case Management Conference of April 15, 2008, counsel requested that

21 the mediation deadline for this matter be extended beyond the usual 90 days called for in the

22 local rules, as there was a possibility that a third party would be added as a defendant or cross

23 defendant. The Court granted a mediation deadline of 120 days from the CMC date, August 14,

24 2008.

25    Unfortunately, this extended deadline was not reflected in the record and as a result was

26 not communicated to the Mediator or the Court's ADR Department, and both calendared a ninety

27 day deadline of July 15, 2008.

28
                                      - 1 -
                   CV 07 06503  Stipulation to Extend Mediation Deadline

1  In addition to the 120 days previously granted by the court, the parties believe that an additional thirty day extension is appropriate in this matter. The parties have been conferring with the mediator in this case, have engaged in informal discovery, and very recently entered into discussions with Siemens, a potential third party defendant whose participation in the mediation could be of significant benefit in resolving this matter. Additional time would assist in obtaining Siemens' participation, or, if required, service of process on Siemens.

Accordingly, the parties stipulate and request that the mediation deadline in this matter be extended to September 12, 2008.

Dated: July 16, 2008

/s/ Robert Belshaw
ROBERT E. BELSHAW
Attorney for Plaintiff
Nuclear Cardiology Centers, Inc.

Dated: July 17, 2008                    Abramson Church & Stave LLP

By: /s/ Anne Olsen
Anne Frassetto Olsen
Attorneys for Defendant
Central Coast Cardiology Center

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV 07 06503  Stipulation to Extend Mediation Deadline