ROBERT E. BELSHAW, State Bar No. 142028
244 California Sacramento St., Ste. 300
San Francisco, California 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorney for Plaintiff
Nuclear Cardiology Centers, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION<br><br>Defendants. | CASE NO. C07-06503 PVT<br><br>[Proposed]<br><br>ORDER EXTENDING MEDIATION DEADLINE |

Good Cause being shown and pursuant to the stipulation of the parties, the mediation deadline in this matter is extended to September 12, 2008.

IT IS SO ORDERED

Dated: _____                    _____
                                                                Hon. Patricia V. Trumbull
                                                                United States Magistrate Judge.

- 1 -
CV 07 06503 Order re: Mediation Deadline