1  ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
   ABRAMSON CHURCH & STAVE LLP
2  17 East Gabilan Street
   Salinas, California 93901
3  Telephone: (831) 758-2401
   Facsimile: (831) 758-2028
4

5  Attorneys for Defendant
   CENTRAL COAST CARDIOLOGY,
6  A MEDICAL CORPORATION

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  NUCLEAR CARDIOLOGY CENTERS, INC.  )  Case No.: C 07-06503 PVT
                                      )
13              Plaintiff,            )  **STIPULATION AND APPLICATION TO**
                                      )  **CONTINUE CASE MANAGEMENT**
14       vs.                          )  **CONFERENCE**
                                      )
15                                    )
                                      )
16  CENTRAL COAST CARDIOLOGY, A       )
    MEDICAL CORPORATION               )
17              Defendant             )
                                      )

18

19          Counsel for both parties in this matter request that the Case Management Conference

20  currently set for August 12, 2008 be continued to September 23, 2008 at 2:00 p.m.  The Mediation in

21  this case is set for September 5, 2008.  Therefore, the parties believe that a continuance of the Case

22  Management Conference until after the Mediation would be beneficial.

23          Accordingly, the parties stipulate and request that the Case Management Conference in this

24  matter be continued from August 12, 2008 to September 23, 2008 at 2:00 p.m.

25  ///

26  ///

27  ///

28  ///

STIPULATION AND APPLICATION TO CONTINUE CMC
CASE NO. C-07-06503 PVT                         1

1    Dated:  August 4, 2008

2

3                                    ANNE FRASSETTO OLSEN
                                     ABRAMSON CHURCH & STAVE LLP
4

5                                    /s/ Anne Frassetto Olsen
                                     Attorney for Defendant
6

7

8    Dated:  August 4, 2008

9                                    ROBERT E. BELSHAW

10

11                                   /s/ Robert E. Belshaw
                                     Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND APPLICATION TO CONTINUE CMC
CASE NO. C-07-06503 PVT                          2