1  ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
   ABRAMSON CHURCH & STAVE LLP
2  17 East Gabilan Street
   Salinas, California 93901
3  Telephone: (831) 758-2401
   Facsimile: (831) 758-2028
4

5  Attorneys for Defendant
   CENTRAL COAST CARDIOLOGY,
6  A MEDICAL CORPORATION

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  NUCLEAR CARDIOLOGY CENTERS, INC.    )   Case No.: C 07-06503 PVT
                                        )
13             Plaintiff,               )   **[Proposed]**
                                        )
14        vs.                           )   **ORDER CONTINUING CASE**
                                        )   **MANAGEMENT CONFERENCE**
15                                      )
                                        )
16  CENTRAL COAST CARDIOLOGY, A         )
    MEDICAL CORPORATION                 )
17             Defendant                )
   _____)

18

19     Good Cause being shown and pursuant to the stipulation of the parties, the Case Management

20  Conference currently set for August 12, 2008 is hereby continued to September 23, 2008 at

21  2:00 p.m.

22

23  IT IS SO ORDERED

24

25

26  Dated:_____

27                               _____
                                 Hon. Patricia V. Trumbull
28                               United States Magistrate Judge