1  ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
   ABRAMSON CHURCH & STAVE LLP
2  17 East Gabilan Street
   Salinas, California 93901
3  Telephone: (831) 758-2401
   Facsimile: (831) 758-2028
4

5  Attorneys for Defendant
   CENTRAL COAST CARDIOLOGY,
6  A MEDICAL CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | NUCLEAR CARDIOLOGY CENTERS, INC.    ) Case No.: C 07-06503 PVT
                                         )
13 |        Plaintiff,                   ) XXXXXXXXXXXXX
                                         )
14 |   vs.                               ) **ORDER CONTINUING CASE**
                                         ) **MANAGEMENT CONFERENCE**
15                                       )
   | CENTRAL COAST CARDIOLOGY, A         )
16 | MEDICAL CORPORATION                 )
                                         )
17 |        Defendant                    )

18

19   Good Cause being shown and pursuant to the stipulation of the parties, the Case Management

20 Conference currently set for August 12, 2008 is hereby continued to September 23, 2008 at

21 2:00 p.m.

22

23 IT IS SO ORDERED

24

25

26 Dated: August 5, 2008                    _____
                                            Hon. Patricia V. Trumbull
27                                          United States Magistrate Judge

28

ORDER RE CASE MANAGEMENT CONFERENCE
CASE NO. C-07-06503 PVT                     1