```
ROBERT E. BELSHAW, State Bar No. 142028
244 California St. Ste. 300
San Francisco, California 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorneys for Plaintiff
Nuclear Cardiology Centers, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION<br><br>Defendants. | Case No. C07-06503 PVT<br><br>**Order Permitting Defendant's Participation at Mediation by Telephone**<br>**ADR Local Rule 6-9 (d)** |

Good cause having been shown, application for leave to participate in the mediation of this matter by telephone is granted. Nuclear Cardiology Centers' corporate representative must [was] ~~shall~~ be available by telephone for the duration of the mediation.

Dated: August 29, 2008      By: /s/ Wayne D. Brazil

Hon. Wayne D. Brazil
United States Magistrate Judge

---

CV 07 6503  Order Re: Attendance at Mediation