ANNE FRASSETTO OLSEN, ESQ. (BAR NO. 99680)
ABRAMSON CHURCH & STAVE LLP
17 East Gabilan Street
Salinas, California 93901
Telephone: (831) 758-2401
Facsimile: (831) 758-2028

Attorneys for Defendant
CENTRAL COAST CARDIOLOGY,
A MEDICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC. | Case No.: C 07-06503 PVT |
| Plaintiff, | [ XXXXXXXXXXXXX |
| vs. | **ORDER GRANTING LEAVE TO FILE THIRD PARTY COMPLAINT** |
| CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION | |
| Defendant | |

Good Cause being shown and pursuant to the stipulation of the parties, Defendant CENTRAL COAST CARDIOLOGY is granted leave to file a third party complaint against SIEMENS MEDICAL SOLUTIONS USA, INC.

IT IS SO ORDERED

Dated: September 23, 2008

*Patricia V. Trumbull*
Hon. Patricia V. Trumbull
United States Magistrate Judge

ORDER RE THIRD PARTY COMPLAINT
CASE NO. C-07-06503 PVT                      1