UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL COAST CARDIOLOGY, <br><br> Defendant. | Case No.: C 08-06503 PVT <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 23, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the Joint Case Management Statement of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 16, 2008 at 2:00 p.m.

Dated: *September 23, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28