Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Third-Party Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL COAST CARDIOLOGY, a Medical Corporation, <br><br> Defendant. | Case No. C 07-06503 PVT <br><br> **STIPULATION AND [XXXXXXXXXXXXX ORDER MODIFYING CASE MANAGEMENT CONFERENCE ORDER** |
| CENTRAL COAST CARDIOLOGY, a Medical Corporation, <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Third-Party Defendant. | |

Case No. C 07-06503 PVT                                   US_ACTIVE-101385245.1

STIPULATION AND [PROPOSED] ORDER MODIFYING
CASE MANAGEMENT CONFERENCE ORDER

The parties, by and through their undersigned counsel of record, hereby stipulate to modify the March 18, 2009 Case Management Conference Order as follows. Plaintiff Nuclear Cardiology Centers, Inc.'s deadline for joinder of any additional parties, or other amendments to the pleadings, is April 1, 2009. Defendant Central Coast Cardiology and Third-Party Defendant Siemens Medical Solutions USA, Inc.'s deadline for joinder of any additional parties, or other amendments to the pleadings, is May 1, 2009. Siemens Medical seeks this modification of the Case Management Conference Order to reflect what it understood had been set forth during the March 17, 2009 Case Management Conference. The March 18, 2009 Case Management Conference Order shall remain unchanged in all other respects and this otherwise will have no effect on the schedule in the case.

The previous time modifications in the case are as follows:

1. By Stipulation and Order, the initial mediation deadline was continued from August 14, 2008 to September 12, 2008.

2. By Stipulation and Order, the case management conference set for August 12, 2008 was continued to September 23, 2008.

3. By Stipulation, Third-Party Defendant Siemens Medical Solutions USA, Inc.'s deadline to respond to Central Coast Cardiology's Third Party Complaint was extended from October 21, 2008 to November 14, 2008.

4. By Stipulation, the case management conference set for March 10, 2009 was continued to March 17, 2009.

DATED: April 1, 2009.

        REED SMITH LLP

        By   /s/
          Jonah D. Mitchell
          Attorneys for Third-Party Defendant
          Siemens Medical Solutions USA, Inc.

DATED: April 1, 2009.

        GUTIERREZ & ASSOCIATES

        By   /s/
          Robert E. Belshaw
          Attorneys for Plaintiff
          Nuclear Cardiology Centers, Inc.

DATED: April 1, 2009.

        ABRAMSON CHURCH & STAVE LLP

        By   /s/
          Anne Frassetto Olsen
          Attorneys for Defendant and Third-Party Plaintiff
          Central Coast Cardiology

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

April 2, 2009

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE

Case No. C 07-06503 PVT      – 2 –      US_ACTIVE-101385245.1

STIPULATION AND [PROPOSED] ORDER MODIFYING
CASE MANAGEMENT CONFERENCE ORDER