1  ROBERT E. BELSHAW, State Bar No. 142028
   244 California Sacramento St., Ste. 300
2  San Francisco, California 94111
   Telephone: (415) 398-2385
3  Facsimile: (415) 398-5800

4  Attorney for Plaintiff
   Nuclear Cardiology Centers, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| NUCLEAR CARDIOLOGY CENTERS, INC. | CASE NO. C07-06503 PVT |
|---|---|
| Plaintiff, | ORDER APPROVING |
| v. | Stipulation and Application to Extend Discovery Cut –Off Date |
| CENTRAL COAST CARDIOLOGY, A MEDICAL CORPORATION | Trial Date : March 22, 2010 |
| Defendants. | Dispositive Motions: December 15, 2009 |
| And Related Cross Claims | |

Counsel for all parties in this matter request that the deadline for completing the non-expert depositions in this matter be extended by thirty days from September 18 to October 19, 2009 to accommodate the schedules of witnesses who are located in the Midwest.

Dated: September 13, 2009

/s/ Robert Belshaw
ROBERT E. BELSHAW
Attorney for Plaintiff
Nuclear Cardiology Centers, Inc.

- 1 -
CV 07 06503  Stipulation to Extend Discovery Deadline

1
2
3   Dated:                                              Ottone Leach Olsen & Ray LLP
4
5                                                       By: _____/S/_____
                                                        Anne Frassetto Olsen
6                                                       Attorneys for
                                                        Central Coast Cardiology Center
7
8
9   Dated:                                              Reed Smith LLP
10
11
12                                                      By: ____/S/_____
                                                        Jonah Mitchell
13                                                      Attorneys for Siemens Medical
                                                        Solutions USA, Inc.
14
15  IT IS SO ORDERED                        *Patricia V. Trumbull* (signature)
16  Dated: 9/28/2009                                    U.S. Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
CV 07 06503  Stipulation to Extend Discovery Deadline