Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant and Third-Party Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUCLEAR CARDIOLOGY CENTERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CENTRAL COAST CARDIOLOGY, a Medical Corporation, <br><br>Defendant. | Case No. C 07-06503 PVT <br><br>**STIPULATION AND [XXXXXXXXXXXX] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS AND RELATED THIRD PARTY CLAIMS. | |

The parties, by and through their undersigned counsel of record, hereby stipulate that this action and all claims, counterclaims and third party claims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs in connection with this action.

DATED: February 1, 2010.

GUTIERREZ & ASSOCIATES

By  /s/ Robert E. Belshaw
Robert E. Belshaw
Attorneys for Plaintiff
Nuclear Cardiology Centers, Inc.

DATED: February 1, 2010.

CENTRAL COAST CARDIOLOGY

By  /s/ Anne Frassetto Olsen
Anne Frassetto Olsen
Attorneys for Defendant and Third Party Plaintiff
Central Coast Cardiology

DATED: February 1, 2010.

REED SMITH LLP

By  /s/ Jonah D. Mitchell
Jonah D. Mitchell
Attorneys for Defendant and Third-Party Defendant
Siemens Medical Solutions USA, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____February 2_____, 2010.

_____
Honorable Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE